IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAI FREEMAN,   No. C 04-2019 SBA

    Plaintiff.

  v.   **ORDER**

ALTA BATES SUMMIT MEDICAL
CENTER CAMPUS, et al.,

    Defendants.

_____

    On April 7, 2005, Plaintiff Michai Freeman and Defendants Alta Bates Summit Medical Center Campus and Alta Bates Summit Foundation ("Defendants") submitted a Stipulation requesting a continuance of the Settlement Conference to May 10, 2005 so that Defendants could have time to evaluate Plaintiff's consultant's report prior to the Settlement Conference.

    On April 19, 2005, this Court granted the parties' request and ordered the Settlement Conference continued to May 10, 2005.

    On May 3, 2005, Defendants filed an *ex parte* motion requesting another one-month continuance of the Settlement Conference. In the motion, Defendants contend that they need additional time to evaluate Plaintiff's consultant report, which Defendants admit they received on March 14, 2005. Defendants note that Plaintiff is opposed to the continuance.

    This Court finds that Defendants have not demonstrated the existence of good cause warranting an additional extension of time. Accordingly,

    IT IS HEREBY ORDERED THAT Defendants' *ex parte* motion is DENIED.

///

///

1 | The Settlement Conference will take place before Magistrate Judge Brazil on **May 10, 2005**, in Courtroom
2 | 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, 94612.
3 |     IT IS SO ORDERED.

Dated: 5-6-05

    /s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge