**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235

Plaintiffs MICHAI FREEMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAI FREEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER CAMPUS; ALTA BATES SUMMIT FOUNDATION; LIFELONG MEDICAL CARE; BERKELEY PRIMARY CARE; and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____ / | Case No. C04-2019 SBA<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS LIFELONG MEDICAL CARE AND BERKELEY PRIMARY CARE** |

**TO THE COURT:** Plaintiff Michai Freeman and Defendants LIFELONG MEDICAL CARE and BERKELEY PRIMARY CARE hereby stipulate that they have reached a complete and good faith settlement of the entire action related to these defendants, including plaintiff's claims for injunctive relief, compensatory damages, attorney fees, litigation expenses and costs.

Therefore, the stipulating parties request that the Court dismiss with prejudice Defendants Lifelong Medical Care and Berkeley Primary Care from the case.

This request does not affect plaintiff's claims against the remaining named Defendants, including ALTA BATES SUMMIT MEDICAL CENTER CAMPUS and ALTA

////

Thimesch Law Offices
171 Front Street
Suite 102
Danville, CA 94526
(925) 855-8235

Stipulation and Order for Dismissal of Defendants Lifelong Medical Care
and Berkeley Primary Care: Case No. C04-2019 SBA

— 1 —

1 BATES SUMMIT FOUNDATION, which remain pending before the Court.

2

3 SO STIPULATED:

4 DATED: July 29, 2005

Thimesch Law Offices
TIMOTHY S. THIMESCH
MICHELLE L. THIMESCH
JAMES A. KAESTNER

_____
By Attorneys for Plaintiffs
MICHAI FREEMAN

10 Dated: July 29, 2005

KATHERINE CATLOS, ESQ.
LEWIS BRISBOIS ET AL. LLP

_____
Attorneys for Defendants
LIFELONG MEDICAL CARE, sued herein as
LIFELONG MEDICAL CARE and BERKELEY
PRIMARY CARE

### ORDER

The Court approves the foregoing stipulation, and

IT IS HEREBY ORDERED that Defendants LIFELONG MEDICAL CARE and BERKELEY PRIMARY CARE are hereby DISMISSED with prejudice. The clerk is directed to enter dismissal accordingly.

Dated: 8-22-05   _____
HON. SAUNDRA BROWN ARMSTRONG
JUDGE OF U.S. DISTRICT COURT

Thimesch Law Offices
171 FRONT STREET
SUITE 102
DANVILLE, CA 94526
(925) 855-8235

Stipulation and Order for Dismissal of Defendants Lifelong Medical Care
and Berkeley Primary Care: Case No. C04-2019 SBA

— 2 —