1  Thimesch Law Offices
   TIMOTHY S. THIMESCH, ESQ. (No. 148213)
2  171 Front Street, Suite 102
   Danville, CA 94526-3321
3  Direct: (925) 855-8235
   Facsimile: (925) 855-8435
4
   Attorney for Plaintiff MICHAI FREEMAN
5
   ALAN L. MARTINI, Esq. (No. 77316)
6  SHEUERMAN, MARTINI & TABARI
   A Professional Corporation
7  1033 Willow Street
   San Jose, CA 95125
8  (408) 288-9700

9  Attorneys for Defendants ALTA BATES
   SUMMIT MEDICAL CENTER and ALTA
10 BATES SUMMIT FOUNDATION

11                   UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 MICHAI FREEMAN,                         Case No. C04-2019 SBA
                                           Civil Rights
14         Plaintiff,

15 v.

16 ALTA BATES SUMMIT MEDICAL          /
   CENTER CAMPUS, et al.
17
           Defendants.
18
   ─────────────────────────────────
19 (**Note:** this stipulation is between the parties that remain in the action.  A settlement has
   already been reached and dismissal entered for separate Defendants Primary Care and Lifelong
20 Medical Clinic.)

21    **TO THE COURT:**  The parties, Plaintiff MICHAI FREEMAN and Defendants ALTA

22 BATES SUMMIT MEDICAL CENTER and ALTA BATES SUMMIT FOUNDATION, are

23 cooperating toward likely settlement, and to facilitate same, hereby request the following:

24    1)   Continuance of the Trial from October 25, 2005 to approximately January 24,

25 2006, 9AM; and

26    2)   Continuance of the Pretrial Conference from October 15, 2005 to approximately

27 January 13, 2006.

28    The parties have worked diligently, sharing information between the experts, holding

1  two meetings on site, and attending a settlement conference before the Honorable Wayne D.
2  Brazil. As a result, a tentative agreement has been reached on all injunctive relief issues save
3  one of the more complicated, which may involve demolition of existing facilities. The
4  additional requested time will permit the parties time to further meet on site and evaluate the
5  issue and negotiate potential resolution amongst the experts. This is the first request for
6  continuance.

7

8  Dated: October 6, 2005        Thimesch Law Offices
                                  TIMOTHY S. THIMESCH
9

10
11                                _____
                                  Attorneys for Plaintiffs
12                                LARRY McIVER and HOLLYNN D'LIL

13  Dated: September___, 2005     ALAN L. MARTINI, Esq.
                                  SHEUERMAN, MARTINI & TABARI
14

15

16                                //Signature Authorized//_____
                                  Attorneys for Defendants
17                                ALTA BATES SUMMIT MEDICAL CENTER; and
                                  ALTA BATES SUMMIT
18

19              **ORDER- <u>DENIED</u>**

20
21      SO ORDERED. _____

22  _____

23  _____.

24
25  Dated: October 6, 2005         _____
                                   HON. SAUNDRA BROWN ARMSTRONG
26                                 Judge of U.S. District Court

27

28