Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ. (No. 148213)
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235
Facsimile: (925) 855-8435

Attorney for Plaintiff MICHAI FREEMAN

ALAN L. MARTINI, Esq. (No. 77316)
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, CA 95125
(408) 288-9700

Attorneys for Defendants ALTA BATES SUMMIT MEDICAL CENTER and ALTA BATES SUMMIT FOUNDATION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAI FREEMAN,<br><br>        Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL<br>CENTER CAMPUS, et al.<br><br>        Defendants._____/ | Case No. C04-2019 SBA<br>Civil Rights<br><br>**MODIFIED FIRST STIPULATION and ORDER TO CONTINUE TRIAL AND OTHER RELATED DATES TO PERMIT COMPLETION OF POTENTIAL SETTLEMENT** |

(**Note:** this stipulation is between the parties that remain in the action. A settlement has already been reached and dismissal entered for separate Defendants Primary Care and Lifelong Medical Clinic.)

**TO THE COURT:** The parties, Plaintiff MICHAI FREEMAN and Defendants ALTA BATES SUMMIT MEDICAL CENTER and ALTA BATES SUMMIT FOUNDATION, are cooperating toward likely settlement, and to facilitate same, hereby submit this modified stipulation (**which hopefully better explains the complications involved with settlement**):

   1)   Continuance of the Trial from October 25, 2005 to approximately January 24, 2006, 9AM; and

   2)   Continuance of the Pretrial Conference from October 15, 2005 to approximately January 13, 2006.

Thimesch Law Offices
171 Front Street
Suite 102
Danville Ca 94526
(925) 855-8235

**Modified Stipulation and Order to Continue Trial and Other Related Dates: Case No. C04-2019 SBA**

1   The parties have worked diligently, sharing information between the experts, holding
2   two meetings on site, and attending a settlement conference before the Honorable Wayne D.
3   Brazil.  As a result, a tentative agreement has been reached on all injunctive relief issues save
4   one of the more complicated, which may involve demolition of existing facilities.  This issue is
5   complicated by the fact that the particular area of concern is a concrete entranceway to the
6   hospital, which was built in approximately 2002.  **This is the main entrance to the hospital,
7   and critical to operations.  Alternatives to demolishing the concrete entranceway and
8   building a new are being explored.**  Furthermore, the hospital is considering involving the
9   contractor responsible for building the concrete entranceway for comment or possible
10  remediation.  Defendant's expert believes that the slope of the existing concrete entranceway
11  complies with the ADA slope requirements, insofar as it is within industry tolerances and the
12  alleged discrepancies are nominal and of no practical significance.  Plaintiff's expert, on the
13  other hand, contends that the ramp's slope and cross-slope are significant barriers to access in
14  violation of the ADA.  More time is needed to affect a satisfactory resolution of this potentially
15  major construction issue.

17  Dated: October 12, 2005         Thimesch Law Offices
                                    TIMOTHY S. THIMESCH

                                    _____
                                    Attorneys for Plaintiffs
                                    LARRY McIVER and HOLLYNN D'LIL

22  Dated: September___, 2005       ALAN L. MARTINI, Esq.
                                    SHEUERMAN, MARTINI & TABARI


                                    //Signature Authorized//
                                    _____
                                    Attorneys for Defendants
                                    ALTA BATES SUMMIT MEDICAL CENTER; and
                                    ALTA BATES SUMMIT

**Modified Stipulation and Order to Continue Trial and Other Related Dates:**        — 2 —
**Case No. C04-2019 SBA**

1 **ORDER**

2    SO ORDERED.    DENIED
3
4    _____
5    _____
6    _____.
7
8    Dated: 10/11/05                                    *Saundra B. Armstrong* (signature)
                                                        HON. SAUNDRA BROWN ARMSTRONG
9                                                       Judge of U.S. District Court

Thimesch Law Offices
171 Front St., Suite 102
Danville, CA 94526
925.855.8235

**Modified Stipulation and Order to Continue Trial and Other Related Dates:
Case No. C04-2019 SBA**